PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
2005 JAN 10 A 8: 36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

LEROY AUSTIN

Crim #: 3:00CR00032(JCH)

Re: **Early Termination of Supervision**

On **June 13, 2000**, the above named was placed on **PROBATION** for a period of **five (5)** years by the Honorable Janet C. Hall, United States District Court, District of Connecticut. Mr. Austin has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Dennis G. Linder
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 3rd day of ~~December~~ Jan., 2004.

The Honorable Janet C. Hall
United States District Court Judge